Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 3

|  |  |
|---|---|
| **JA SOLAR USA INC, JA SOLAR VIETNAM CO. LTD. AND JA SOLAR PV VIETNAM CO. LTD.,** )<br>) )<br>Plaintiffs, ) )<br>v. ) )<br>**UNITED STATES,** ) )<br>Defendant. ) ) | **SUMMONS Ct. No. 25-00158** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

---

1. Plaintiffs in this action are JA Solar USA Inc, JA Solar Vietnam Co. Ltd. and JA Solar PV Vietnam Co. Ltd. (collectively, Plaintiffs), an importer and manufacturers/exporters of merchandise subject to the antidumping duty order on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from Vietnam. Plaintiffs were parties in the antidumping duty investigation under appeal through the submission of factual information and arguments in case and rebuttal briefs before the U.S. Department of Commerce. Plaintiffs, therefore, are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs, thus, have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d). (Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the U.S. Department of Commerce's final determination in the antidumping duty investigation of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from Vietnam. The contested final determination was published in

the Federal Register as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 90 Fed. Reg. 17,388 (Dep't of Commerce Apr. 25, 2025) ("Final Determination"). The amended final determination and antidumping duty order was published in the Federal Register as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 26,786 (Dep't of Commerce June 24, 2025). The second amended final determination and antidumping duty order was published in the *Federal Register* as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders; Correction*, 90 Fed. Reg. 29,843 (Dep't of Commerce July 7, 2025).
(Brief description of contested determination)

3. The Final Determination was signed on April 18, 2025.
(Date of determination)

4. The Final Determination was published in the *Federal Register* on April 25, 2025. The amended final determination and antidumping duty order was published in the *Federal Register* on June 24, 2025. The second amended final determination and antidumping duty order was published in the *Federal Register* on July 7, 2025.
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Evan P. Drake*
**Mowry & Grimson, PLLC**
*Counsel to JA Solar USA Inc, JA Solar Vietnam Co. Ltd. and JA Solar PV Vietnam Co. Ltd.*

*\*Admitted to New York bar; Practice supervised by members of the D.C. bar and limited to federal international trade matters pursuant to D.C. Bar Rule 49(c)(2)*

Date: July 24, 2025

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)