## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:      THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
_____

| | |
|---|---|
| JA SOLAR USA INC., JA SOLAR VIETNAM CO. LTD., and JA SOLAR PV VIETNAM CO., LTD., | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | ) |
| | ) |
| Consolidated Plaintiff, | ) |
| | |
| JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | ) ) ) ) |
| | ) |
| Consolidated Plaintiffs, | ) |
| | ) |
| and | ) |
| | ) |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | ) ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

Consol. Court No. 25-00158

_____)

## <u>ORDER</u>

Upon consideration of defendant's motion for a stay of the deadline for the parties to file the joint status report and proposed briefing schedule, it is hereby

ORDERED that defendant's motion is GRANTED.


Dated: _____          _____
      New York, New York                              Judge

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:     THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
_____

| | |
|---|---|
| JA SOLAR USA INC., JA SOLAR VIETNAM CO. LTD., and JA SOLAR PV VIETNAM CO., LTD., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | ) ) |
| Consolidated Plaintiff, | ) ) |
| JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | ) ) ) ) |
| Consolidated Plaintiffs, | ) ) |
| and | ) ) |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | )     Consol. Court No. 25-00158 ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

_____)

**MOTION FOR A STAY OF DEADLINE TO FILE THE JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the October 6, 2025 deadline for the parties to file the joint status report and proposed briefing schedule in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Commerce.  The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and Commerce employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the October 6, 2025 deadline for the parties to file the joint status report and proposed briefing schedule until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      We consulted with counsel for all parties with respect to this motion; on October 1, 2025, Bryan P. Cenko indicated that JA Solar USA Inc, JA Solar Vietnam Co Ltd., and JA Solar PV Vietnam Co., Ltd., consent to this motion; Jordan Kahn indicated that Jinko Solar (Vietnam) Industries Company Limited, JinkoSolar (U.S.) Inc., and Jinko Solar (U.S.) Industries Inc. consent to the motion; Jon Freed indicated that Trina Solar Energy Development Company Limited consents to the motion; Alexandra Salzman indicated that Boviet Solar Technology Co.,

Ltd. consents to the motion; and Stephen Morrison indicated that the American Alliance for Solar Manufacturing Trade Committee consents to the motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 6, 2025 deadline for the parties to file the joint status report and proposed briefing schedule in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/Emma E. Bond
EMMA E. BOND
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-2867

OF COUNSEL:
RUSLAN KLAFEHN
Attorney
Office of the Chief Counsel
    for Trade Enforcement and Compliance
U.S. Department of Commerce
Washington, D.C.

October 1, 2025                              *Attorneys for Defendant, United States*