## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| JA SOLAR USA INC., JA SOLAR VIETNAM CO. LTD., and JA SOLAR PV VIETNAM CO., LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., | ) ) |
| Consolidated Plaintiff, | ) ) |
| and | ) ) |
| JINKO SOLAR (VIETNAM) INDUSTRIES COMPANY LIMITED, JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | ) ) ) ) ) |
| Consolidated Plaintiffs, | ) ) |
| and | ) ) |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | ) ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE | ) ) ) |
| Defendant-Intervenor. | ) |

Consol. Court No. 25-00158

## NOTICE OF APPROPRIATIONS

Pursuant to the Government's October 1, 2025 motion to stay (ECF No. 31), the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys are permitted to resume their usual civil litigation functions as of today, November 13, 2025.

        Respectfully Submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        FRANKLIN E. WHITE, JR.
        Assistant Director

        /s/ Collin T. Mathias
        COLLIN T. MATHIAS
        Trial Attorney
        Commercial Litigation Branch
        Civil Division
        U.S. Department of Justice
        P.O. Box 480, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-0315
        Email: Collin.T.Mathias@usdoj.gov

November 13, 2025        *Attorneys for Defendant United States*