UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| JA SOLAR USA INC, JA SOLAR VIETNAM CO. LTD., AND JA SOLAR PV VIETNAM CO. LTD., <br><br> Plaintiffs, <br><br> and <br><br> BOVIET SOLAR TECHNOLOGY CO., LTD., JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., AND JINKO SOLAR (U.S.) INDUSTRIES INC., <br><br> Consolidated Plaintiffs, <br><br> and <br><br> TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> United States, <br><br> Defendant, <br><br> and <br><br> THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE <br><br> Defendant-Intervenor. | Consol. Court. No.: 25-00158 |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time and Modification to the Scheduling Order, it is hereby:

**ORDERED** that Plaintiffs' motion is granted; and it is further

**ORDERED** that the scheduling order is modified as follows:

1. Plaintiffs, Consolidated Plaintiffs, and Plaintiff-Intervenor shall file their respective motions for judgment on the agency record and opening briefs on or before March 30, 2026, and each brief shall not exceed 14,000 words;

2. Defendant shall file its response brief on or before July 10, 2026, and shall not exceed 20,000 words;

3. Defendant-Intervenor shall file its response brief on or before August 6, 2026, and shall not exceed 20,000 words;

4. Plaintiffs, Consolidated Plaintiffs, and Plaintiff-Intervenor shall file their respective reply briefs on or before September 17, 2026, and each brief shall not exceed 7,000 words;

5. The Joint Appendix shall be filed on or before September 24, 2026;

6. Motions for oral argument shall be filed on or before September 28, 2026.


Date:_____, 2026                              _____

New York, New York                                 Jennifer Choe-Groves, Judge

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| JA SOLAR USA INC, JA SOLAR VIETNAM CO. LTD., AND JA SOLAR PV VIETNAM CO. LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| and | ) |
| BOVIET SOLAR TECHNOLOGY CO., LTD., JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., AND JINKO SOLAR (U.S.) INDUSTRIES INC., | )<br>)<br>)<br>) |
| Consolidated Plaintiffs, | ) |
| and | ) |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., | ) Consol. Court. No.: 25-00158 |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| United States, | ) |
| Defendant, | ) |
| and | ) |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE | ) |
| Defendant-Intervenor. | ) |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME AND MODIFICATION TO THE SCHEDULING ORDER**

Pursuant to Rule 6(b) and 7(b) of the Rules of this Court, Plaintiffs JA Solar USA Inc., JA Solar Vietnam Co. Ltd. and JA Solar PV Vietnam Co. Ltd. (collectively "JA Solar") respectfully

request that this Court grant a further 21-day extension of time until March 30, 2026, and amend the current scheduling order, for Plaintiffs, Consolidated Plaintiffs and Plaintiff-Intervenor to file their respective motions for judgment on the agency record and opening briefs, and to extend all other remaining deadlines by 31 days.  See Scheduling Order (Feb 4, 2026), ECF No. 41.  All parties consent to the requested extension of time.  The current and proposed amended deadlines are as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Motions for Judgment on the Agency Record and Opening Briefs | March 9, 2026 | March 30, 2026 |
| Defendant's Response Brief | June 9, 2026 | July 10, 2026 |
| Defendant-Intervenor's Response Brief | July 6, 2026 | August 6, 2026 |
| Plaintiffs', Consolidated Plaintiffs' and Plaintiff-Intervenor's Reply Brief | August 17, 2026 | September 17, 2026 |
| Joint Appendix | August 24, 2026 | September 24, 2026 |
| Motion for Oral Argument if any | August 27, 2026 | September 28, 2026[1] |

When a motion is made prior to a filing deadline, the Court may, for good cause, extend a deadline.  See USCIT Rule 6(b)(1)(A); see also 16(b)(4).  Since the issuance of the amended scheduling order on February 4, 2026, new deadlines before the U.S. Department of Commerce ("Commerce") have arisen affecting counsel for JA Solar that now create significant conflicts.  In addition, counsel for JA Solar has been addressing urgent litigation matters following the recent February 20, 2026 U.S. Supreme Court ruling on International Emergency Economic Powers Act ("IEEPA") tariffs.

---

[1] Because the 31-day extension fell on Sunday, September 27, 2026, parties moved the deadline to the next business day, September 28, 2026.

2

Counsel for JA Solar continues to face conflicting deadlines for major submissions in Commerce's antidumping and countervailing duty reviews of certain crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells and modules") from China. Specifically, counsel for JA Solar has been working to submit responses on behalf of another client to: (1) Section III questionnaire issued in the 2023 countervailing duty review of certain crystalline silicon photovoltaic cells, whether or not assembled into modules from China, covering substantial information from company organization, purchased inputs, to loans, etc., due on March 3, 2026, and (2) double remedies questionnaire issued in the 2023-2024 antidumping duty review of certain solar cells and modules from China due on March 16, 2026. In addition, in the recently initiated 2024-2025 antidumping duty review of certain solar cells and modules from China, counsel for JA Solar is preparing to submit separate rate applications and separate rate certifications due on March 6, 2026.

Given these significant conflicts, the remaining time is insufficient for counsel to finalize JA Solar's motion for judgment on the agency record and opening brief. This proposed amendment will not prejudice Defendant or Defendant-Intervenor as they have consented to this motion.

All parties consent to this motion. On February 26, 2026, counsel for Boviet Solar Technologies Co., Ltd., Alexandra Salzman, counsel for Jinko Solar (Vietnam) Industries Company Limited et al., Jordan C. Kahn and counsel for Trina Solar Energy Development Company Limited, Jon Freed , consented to the motion via e-mail. On February 27, 2026, counsel for Defendant United States, Collin T. Mathias, consented to the motion via e-mail. On March 2, 2026, counsel for Defendant-Intervenor, American Alliance for Solar Manufacturing Trade

3

Committee, Stephen A. Morrison, consented to the motion via email.

In sum, JA Solar respectfully requests that the Court grant this consent motion for a 21-day extension of time for Plaintiffs, Consolidated Plaintiffs and Plaintiff-Intervenor to file their motions for judgment on the agency record and opening briefs and 31-day extensions for the remaining deadlines as detailed above.

Respectfully Submitted,

Dated: March 2, 2026

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW, Suite 810
Washington, DC 20015
202-688-3610
*Counsel to JA Solar USA Inc, JA Solar Vietnam Co. Ltd. and JA Solar PV Vietnam Co. Ltd.*