# Attachment

Glass SV analysis
POI: 2023.10 - 2024.3

1. By group:

| REPORTER | Indonesia | | | | | | |
|---|---|---|---|---|---|---|---|
| COMMODITY | 7007199000 | | A | B | C | D=A/B | E=A/C |
| | No.Lines | IDR | | KG | | | |

| Row Labels | Count of Group | Sum of VALUE | Sum of Value (USD) | Sum of QTY1 | Sum of QTY (PC) | AUV (USD/KG) | AUV (USD/PC) |
|---|---|---|---|---|---|---|---|
| Malaysia | 1 | 2,241,515,625 | 143,457 | 250,852 | 19,576 | 0.57 | 7.33 |
| U.K | 1 | 175,593,750 | 11,238 | 10,469 | 817 | 1.07 | 13.76 |
| Other | 41 | 828,217,510 | 53,006 | 2,764 | 216 | 19.18 | 245.74 |
| **Grand Total** | **43** | **3,245,326,885** | **207,701** | **264,085** | **20,609** | **0.79** | **10.08** |

2. By origin:

| REPORTER | Indonesia | | | | | | |
|---|---|---|---|---|---|---|---|
| COMMODITY | 7007199000 | | A | B | C | D=A/B | E=A/C |
| | | IDR | | KG | | | |

| Group | PARTNER | Sum of VALUE | Sum of Value (USD) | Sum of QTY1 | Sum of QTY (PC) | AUV (USD/KG) | AUV (USD/PC) |
|---|---|---|---|---|---|---|---|
| **Malaysia** | Malaysia | 2,241,515,625 | 143,457 | 250,852.00 | 19,576.40 | 0.57 | 7.33 |
| **U.K** | United Kingdom | 175,593,750 | 11,238 | 10,469.00 | 817.00 | 1.07 | 13.76 |
| **Other** | Canada | 2,301,587 | 147 | 1.00 | 0.08 | 147.30 | 1,887.52 |
| **Other** | Czech Republic | 1,156,250 | 74 | 5.00 | 0.39 | 14.80 | 189.65 |
| **Other** | Denmark | 3,375,000 | 216 | 17.00 | 1.33 | 12.71 | 162.81 |
| **Other** | Finland | 52,966,766 | 3,390 | 27.00 | 2.11 | 125.55 | 1,608.81 |
| **Other** | France | 53,350,198 | 3,414 | 18.00 | 1.40 | 189.69 | 2,430.68 |
| **Other** | Hong Kong | 92,035,714 | 5,890 | 774.00 | 60.40 | 7.61 | 97.52 |
| **Other** | Italy | 734,375 | 47 | 20.00 | 1.56 | 2.35 | 30.11 |
| **Other** | Japan | 103,437,500 | 6,620 | 272.00 | 21.23 | 24.34 | 311.87 |
| **Other** | Malaysia | 1,437,500 | 92 | 16.00 | 1.25 | 5.75 | 73.68 |
| **Other** | Malta | 437,500 | 28 | 6.00 | 0.47 | 4.67 | 59.80 |
| **Other** | Poland | 78,125 | 5 | 2.00 | 0.16 | 2.50 | 32.04 |
| **Other** | Singapore | 291,093,750 | 18,630 | 1,341.00 | 104.65 | 13.89 | 178.02 |
| **Other** | Slovenia | 5,203,125 | 333 | 1.00 | 0.08 | 333.00 | 4,267.06 |
| **Other** | Sweden | 37,093,750 | 2,374 | 9.00 | 0.70 | 263.78 | 3,380.05 |
| **Other** | United States | 183,516,369 | 11,745 | 255.00 | 19.90 | 46.06 | 590.20 |
| **Grand Total** | | **3,245,326,885** | **207,701** | **264,085** | **20,609** | **0.79** | **10.08** |

Glass SV analysis
POI: 2023.10 - 2024.3

**1. QTY in KG:**

| REPORTER | Indonesia |
|---|---|
| COMMODITY | 7007199000 |

KG

| If excluded by Petitioner (Y/N) | PARTNER | Sum of Value (USD) 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | Sum of QTY1 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | Total Sum of Value (USD) | Total Sum of QTY1 | AUV (USD/KG) 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | POI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | Canada | 147 | | | | | | 1 | | | | | | 147 | 1 | 147.30 | | | | | | 147.30 |
| N | Czech Republic | | 28 | 32 | | | 14 | | 2 | 2 | | | 1 | 74 | 5 | | 14.00 | 16.00 | | | 14.00 | 14.80 |
| N | Denmark | | | | | 216 | | | | | | 17 | | 216 | 17 | | | | | 12.71 | | 12.71 |
| N | Finland | 56 | 1,058 | 1,069 | 1,071 | 136 | | 1 | 15 | 1 | 8 | 2 | | 3,390 | 27 | 55.87 | 70.53 | 1,069.00 | 133.88 | 68.00 | | 125.55 |
| N | France | 26 | 324 | 3,064 | | | | 1 | 14 | 3 | | | | 3,414 | 18 | 26.41 | 23.14 | 1,021.33 | | | | 189.69 |
| N | Hong Kong | 210 | 133 | 356 | 960 | 786 | 3,445 | 6 | 5 | 8 | 167 | 122 | 466 | 5,890 | 774 | 35.05 | 26.60 | 44.50 | 5.75 | 6.44 | 7.39 | 7.61 |
| N | Italy | | | 47 | | | | | | 20 | | | | 47 | 20 | | | 2.35 | | | | 2.35 |
| N | Japan | | 2,621 | 384 | 605 | 262 | 2,748 | | 173 | 29 | 33 | 11 | 26 | 6,620 | 272 | | 15.15 | 13.24 | 18.33 | 23.82 | 105.69 | 24.34 |
| N | Malta | | | 28 | | | | | | 6 | | | | 28 | 6 | | | 4.67 | | | | 4.67 |
| N | Poland | | | | 5 | | | | | | 2 | | | 5 | 2 | | | | 2.50 | | | 2.50 |
| N | Singapore | | 13,874 | | 3,521 | 444 | 791 | | 927 | | 221 | 80 | 113 | 18,630 | 1,341 | | 14.97 | | 15.93 | 5.55 | 7.00 | 13.89 |
| N | Slovenia | | 333 | | | | | | 1 | | | | | 333 | 1 | | 333.00 | | | | | 333.00 |
| N | Sweden | | | | | | 2,374 | | | | | | 9 | 2,374 | 9 | | | | | | 263.78 | 263.78 |
| N | United Kingdom | | | | 11,238 | | | | | | 10,469 | | | 11,238 | 10,469 | | | | 1.07 | | | 1.07 |
| N | United States | 1,155 | 1,904 | 470 | 3,672 | 3,587 | 957 | 46 | 57 | 21 | 55 | 45 | 31 | 11,745 | 255 | 25.11 | 33.40 | 22.38 | 66.76 | 79.71 | 30.87 | 46.06 |
| **N Total** | | **1,595** | **20,275** | **5,450** | **21,072** | **5,431** | **10,329** | **55** | **1,194** | **90** | **10,955** | **277** | **646** | **64,152** | **13,217** | **29.00** | **16.98** | **60.56** | **1.92** | **19.61** | **15.99** | **4.85** Proposed by Petitioner |
| Y | Malaysia | | | | 6 | 143,457 | 86 | | | | 1 | 250,852 | 15 | 143,549 | 250,868 | | | | 6.00 | 0.57 | 5.73 | 0.57 |
| **Y Total** | | | | | **6** | **143,457** | **86** | | | | **1** | **250,852** | **15** | **143,549** | **250,868** | | | | **6.00** | **0.57** | **5.73** | **0.57** |
| **Grand Total** | | **1,595** | **20,275** | **5,450** | **21,078** | **148,888** | **10,415** | **55** | **1,194** | **90** | **10,956** | **251,129** | **661** | **207,701** | **264,085** | **29.00** | **16.98** | **60.56** | **1.92** | **0.59** | **15.76** | **0.79** |

**2. QTY in PC:**

| REPORTER | Indonesia |
|---|---|
| COMMODITY | 7007199000 |

PC

| If excluded by Petitioner (Y/N) | PARTNER | Sum of Value (USD) 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | Sum of QTY (PC) 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | Total Sum of Value (USD) | Total Sum of QTY (PC) | AUV (USD/PC) 202310 | 202311 | 202312 | 202401 | 202402 | 202403 | POI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | Canada | 147 | | | | | | 0 | | | | | | 147 | 0 | 1,888 | | | | | | 1,888 |
| N | Czech Republic | | 28 | 32 | | | 14 | | 0 | 0 | | | 0 | 74 | 0 | | 179 | 205 | | | 179 | 190 |
| N | Denmark | | | | | 216 | | | | | | 1 | | 216 | 1 | | | | | 163 | | 163 |
| N | Finland | 56 | 1,058 | 1,069 | 1,071 | 136 | | 0 | 1 | 0 | 1 | 0 | | 3,390 | 2 | 716 | 904 | 13,698 | 1,715 | 871 | | 1,609 |
| N | France | 26 | 324 | 3,064 | | | | 0 | 1 | 0 | | | | 3,414 | 1 | 338 | 297 | 13,087 | | | | 2,431 |
| N | Hong Kong | 210 | 133 | 356 | 960 | 786 | 3,445 | 0 | 0 | 1 | 13 | 10 | 36 | 5,890 | 60 | 449 | 341 | 570 | 74 | 83 | 95 | 98 |
| N | Italy | | | 47 | | | | | | 2 | | | | 47 | 2 | | | 30 | | | | 30 |
| N | Japan | | 2,621 | 384 | 605 | 262 | 2,748 | | 14 | 2 | 3 | 1 | 2 | 6,620 | 21 | | 194 | 170 | 235 | 305 | 1,354 | 312 |
| N | Malta | | | 28 | | | | | | 0 | | | | 28 | 0 | | | 60 | | | | 60 |
| N | Poland | | | | 5 | | | | | | 0 | | | 5 | 0 | | | | 32 | | | 32 |
| N | Singapore | | 13,874 | | 3,521 | 444 | 791 | | 72 | | 17 | 6 | 9 | 18,630 | 105 | | 192 | | 204 | 71 | 90 | 178 |
| N | Slovenia | | 333 | | | | | | 0 | | | | | 333 | 0 | | 4,267 | | | | | 4,267 |
| N | Sweden | | | | | | 2,374 | | | | | | 1 | 2,374 | 1 | | | | | | 3,380 | 3,380 |
| N | United Kingdom | | | | 11,238 | | | | | | 817 | | | 11,238 | 817 | | | | 14 | | | 14 |
| N | United States | 1,155 | 1,904 | 470 | 3,672 | 3,587 | 957 | 4 | 4 | 2 | 4 | 4 | 2 | 11,745 | 20 | 322 | 428 | 287 | 856 | 1,021 | 396 | 590 |
| **N Total** | | **1,595** | **20,275** | **5,450** | **21,072** | **5,431** | **10,329** | **4** | **93** | **7** | **855** | **22** | **50** | **64,152** | **1,031** | **372** | **218** | **776** | **25** | **251** | **205** | **62.20** |
| Y | Malaysia | | | | 6 | 143,457 | 86 | | | | 0 | 19,576 | 1 | 143,549 | 19,578 | | | | 76.88 | 7.33 | 73.47 | 7.33 |
| **Y Total** | | | | | **6** | **143,457** | **86** | | | | **0** | **19,576** | **1** | **143,549** | **19,578** | | | | **76.88** | **7.33** | **73.47** | **7.33** |
| **Grand Total** | | **1,595** | **20,275** | **5,450** | **21,078** | **148,888** | **10,415** | **4** | **93** | **7** | **855** | **19,598** | **52** | **207,701** | **20,609** | **371.59** | **217.59** | **775.96** | **24.65** | **7.60** | **201.90** | **10.08** |