**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| _____x | : | |
| JA SOLAR USA INC., JA SOLARVIETNAM CO. LTD., and JA SOLAR PV VIETNAM CO. LTD., | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| BOVIET SOLAR TECHNOLOGY CO. LTD., JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | : : : : | |
| | : | |
| Consolidated Plaintiffs, | : | Consol. Court No. 25-00158 |
| | : | |
| and | : | |
| | : | |
| TRINA SOLAR ENERGY DEVELOPMENT CO. LTD., | : : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| THE AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : : | |
| | : | |
| Defendant-Intervenor. | : | |
| _____x | | |

## ORDER

Upon consideration of the Motion for Judgment on the Agency Record filed pursuant to Rule 56.2 of the Rules of the United States Court of International Trade by Consolidated Plaintiffs Jinko Solar (Vietnam) Industries Company Limited, JinkoSolar (U.S.) Inc., and Jinko Solar (U.S.) Industries, Inc. (collectively, "Jinko"), and upon consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that Jinko's Motion is **GRANTED**; and it is further

**ORDERED** that the U.S. Department of Commerce's ("Commerce's") final determination published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 90 Fed. Reg. 17,388 (Apr. 25, 2025), as amended by the antidumping duty order published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules from Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 26,786 (June 24, 2025), corrected by *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules from the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules from Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders; Correction*, 90 Fed. Reg. 29,843 (July 7, 2025), is remanded to Commerce with instructions to issue a new determination consistent with this Court's decision; and it is further

**ORDERED** that Commerce shall file with the Court and provide to the parties a Remand Redetermination within 90 days of the date of this order; thereafter, the parties shall have 30 days to submit comments opposing the Remand Redetermination and the parties shall have 30 days thereafter to file reply comments supporting the Remand Redetermination.

**SO ORDERED**.

_____
Jennifer Choe-Groves, Judge

Dated: _____
New York, New York