**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| JA SOLAR USA INC,  JA SOLAR VIETNAM CO. LTD. and JA SOLAR PV VIETNAM CO. LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| BOVIET SOLAR TECHNOLOGY CO., LTD.,  JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | : | Consol. Court No. 25-00158 |
| | : | |
| Consolidated Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : | |
| | : | |
| Plaintiff-Intervenor | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : | |
| | : | |
| Defendant-Intervenor. | : | |

**MOTION OF PLAINTIFF-INTERVENOR TEDC SOLAR (VIETNAM)**
**INDUSTRIES COMPANY LIMITED FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the Rules of this Court, Plaintiff-Intervenor Trina Solar Energy

Development Company Limited ("TEDC") hereby moves for judgment on the agency record

with regard to the final determination of the antidumping duty ("AD") investigation of crystalline

silicon photovoltaic cells, whether or not assembled into modules ("solar cells"), from the

Socialist Republic of Vietnam ("Vietnam") by the U.S. Department of Commerce

("Commerce"). *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules,*

*From the Socialist Republic of Vietnam:  Final Affirmative Determination of Sales at Less Than*

*Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 90 Fed. Reg.

17,388 (Dep't Commerce Apr. 25, 2025) ("*Final Determination*"), resulting in issuance of the

antidumping duty order on solar cells from Vietnam, published as *Crystalline Silicon*

*Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of*

*Vietnam: Amended Final Antidumping Duty Determination: Antidumping Duty Orders*, 90 Fed.

Reg. 26,786 (Dep't Commerce June 24, 2025) ("*AD Order*"); *Crystalline Silicon Photovoltaic*

*Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam:*

*Amended Final Antidumping Duty Determination: Antidumping Duty Orders; Correction*, 90

Fed. Reg. 29,843 (Dep't Commerce July 7, 2025) ("*Am. AD Order*").

TEDC respectfully moves for this Court to order that Commerce recalculate the *Final*

*Determination* non-mandatory respondent separate rate that applies to TEDC using the revised

antidumping duty rates calculated by Commerce, pursuant to Court remand, for Plaintiffs JA

Solar Vietnam Company Limited ("JA Solar") and Consolidated Plaintiff Jinko Solar (Vietnam)

Industries Co., Ltd ("Jinko"), the two mandatory respondents in the AD investigation on solar

cells from Vietnam. The legal and factual support for TEDC's USCIT 56.2 Motion are fully set

forth in the attached Memorandum of Law.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

TRADE PACIFIC PLLC

700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Email:  jfreed@tradepacificlaw.com

Dated:  April 6, 2026                    *Counsel to TEDC*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| JA SOLAR USA INC, JA SOLAR VIETNAM CO. LTD. and JA SOLAR PV VIETNAM CO. LTD., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| BOVIET SOLAR TECHNOLOGY CO., LTD., JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | : <br> : <br> : <br> : <br> : <br> : | Consol. Court No. 25-00158 |
| Consolidated Plaintiffs, | : <br> : |
| and | : <br> : |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : <br> : <br> : |
| Plaintiff-Intervenor | : |
| v. | : <br> : |
| UNITED STATES, | : <br> : |
| Defendant, | : <br> : |
| and | : <br> : |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : <br> : <br> : |
| Defendant-Intervenor. | : <br> : |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF INTERVENOR TEDC'S MOTION FOR JUDGMENT ON THE AGENCY RECORD**

TRADE PACIFIC PLLC

Jonathan M. Freed
MacKensie R. Sugama

700 Pennsylvania Avenue, SE,
Suite 500
Washington, DC 20003
Tel: (202) 223-3760

April 6, 2026

**TABLE OF CONTENTS**

STATEMENT PURSANT TO RULE 56.2 ................................................................................1

    A.    Administrative Decision Under Appeal ..............................................................1

    B.    Reasons For Contesting The Administrative Decision.......................................1

    C.    Issues Presented And Summary Of Argument ................................................. 1

STATEMENT OF FACTS ................................................................................................2

STANDARD OF REVIEW ...............................................................................................2

ARGUMENT .....................................................................................................................2

CONCLUSION ..................................................................................................................3

# TABLE OF AUTHORITIES

**Statutes**
19 U.S.C. § 1673d(c)(5)(A .................................................................................. …2


**Administrative Decisions**
*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 90 Fed. Reg. 17,388 (Dep't Commerce Apr. 25, 2025) ................................................................ …1

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination: Antidumping Duty Orders*, 90 Fed. Reg. 26,786 (Dep't Commerce June 24, 2025) ........................................1

*Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination: Antidumping Duty Orders; Correction*, 90 Fed. Reg. 29,843 (Dep't Commerce July 7, 2025) .......................1

Plaintiff Intervenor, Trina Solar Energy Development Company Limited ("TEDC"), submits this memorandum of law in support of its motion for judgment on the agency record.

## STATEMENT PURSANT TO RULE 56.2

### A.    ADMINISTRATIVE DECISION UNDER APPEAL

TEDC seeks judicial review of the final determination of the antidumping duty ("AD") investigation of crystalline silicon photovoltaic cells, whether or not assembled into modules ("solar cells"), from the Socialist Republic of Vietnam ("Vietnam") by the U.S. Department of Commerce ("Commerce"). *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the Socialist Republic of Vietnam:  Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 90 Fed. Reg. 17,388 (Dep't Commerce Apr. 25, 2025) ("*Final Determination*"), resulting in issuance of the antidumping duty order on solar cells from Vietnam, published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination: Antidumping Duty Orders*, 90 Fed. Reg. 26,786 (Dep't Commerce June 24, 2025) ("*AD Order*"); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules From the Socialist Republic of Vietnam: Amended Final Antidumping Duty Determination: Antidumping Duty Orders; Correction*, 90 Fed. Reg. 29,843 (Dep't Commerce July 7, 2025) ("*Am. AD Order*").

### B.    REASONS FOR CONTESTING THE ADMINISTRATIVE DECISION

TEDC's reasons for contesting the *Final Determination* are set forth in the Summary of Arguments below, and in the Argument section of this Memorandum.

### C.    ISSUES PRESENTED AND SUMMARY OF ARGUMENT

TEDC incorporates by reference the issues presented and summary of arguments in the Memoranda of Law filed by Plaintiffs JA Solar USA Inc,  JA Solar Vietnam Co. Ltd., and JA Solar PV Vietnam Co. Ltd., (collectively, "JA Solar"), Consolidated Plaintiffs Jinko Solar (Vietnam) Industries Co. Ltd., Jinkosolar (U.S.) Inc., and Jinko Solar (U.S.) Industries Inc.,

(collectively, "Jinko"), and Consolidated Plaintiff Boviet Solar Technology Co., Ltd.

("Boviet"). If the AD rate assigned to JA Solar and/or Jinko is lowered as a result of this appeal,

Commerce should recalculate the all-others rate in accordance with 19 U.S.C. § 1673d(c)(5)(A).

## STATEMENT OF FACTS

TEDC responded to Commerce's quantity and value questionnaire and participated in

briefing in the underlying administrative proceeding. *See* TEDC Q&V QR (June 6, 2024), PR

119, CR 42; TEDC Separate Rate Application (June 24, 2024), PR 168, CR 62; and TEDC

Letter in Lieu of Case Brief (Mar. 7, 2025), PR 610.  Commerce calculated the all-others AD

rate by using the weighted average from the rates determined for from JA Solar and Jinko, the

two mandatory respondents. *See* Commerce Separate Rate Rate Memo (Apr. 25, 2025), PR 644,

CR 739.

TEDC incorporates by reference the other facts contained in the statement of facts in the

Memoranda of Law filed by JA Solar, Jinko, and Boviet in support of their 56.2 Motions for

Judgment on the Agency Record.

## STANDARD OF REVIEW

TEDC incorporates by reference the standard of review set forth in the Memoranda of

Law filed by JA Solar, Jinko, and Boviet in support of their 56.2 Motions for Judgment on the

Agency Record.

## ARGUMENT

TEDC incorporates by reference the arguments in the Memoranda of Law filed by JA

Solar, Jinko, and Boviet in support of their 56.2 Motions for Judgment on the Agency Record.

If Commerce recalculates the AD rate assigned to JA Solar and/or Jinko as a result of this

litigation, it must also recalculate the all-others AD rate, which is applicable to TEDC. 19

U.S.C. § 1673d(c)(5)(A) ("the estimated all-others rate shall be an amount equal to the

weighted average of the estimated weighted average dumping margins established for exporters and producers individually investigated").

## **CONCLUSION**

For the reasons discussed above, TEDC respectfully requests that this Court remand this proceeding to Commerce with instructions to grant the relief requested herein.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
Email:  jfreed@tradepacificlaw.com

Dated:  April 6, 2026                                    *Counsel to TEDC*

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement.  The word count for Consolidated Plaintiff TEDC's Memorandum of Law In Support of its 56.2 Motion, as computed by the word count function of Microsoft Word, is 665 words.

*/s/ Jonathan M. Freed*
Jonathan M. Freed

*Counsel for TEDC*

Dated: April 6, 2026