**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| JA SOLAR USA INC,  JA SOLAR VIETNAM CO. LTD. and JA SOLAR PV VIETNAM CO. LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| BOVIET SOLAR TECHNOLOGY CO., LTD.,  JINKO SOLAR (VIETNAM) INDUSTRIES CO. LTD., JINKOSOLAR (U.S.) INC., and JINKO SOLAR (U.S.) INDUSTRIES INC., | : | Consol. Court No. 25-00158 |
| | : | |
| Consolidated Plaintiffs, | : | |
| | : | |
| and | : | |
| | : | |
| TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, | : | |
| | : | |
| Plaintiff-Intervenor | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| AMERICAN ALLIANCE FOR SOLAR MANUFACTURING TRADE COMMITTEE, | : | |
| | : | |
| Defendant-Intervenor. | : | |

**ORDER**

Upon consideration of Plaintiff Intervenor, Trina Solar Energy Development Company Limited's ("TEDC") Motion for Judgment on the Agency Record pursuant to Rule 56.2 of this Court, and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED** that TEDC's motion is **GRANTED**; and it is further

**ORDERED** that this case is remanded to the U.S. Department of Commerce with instructions to recalculate the separate rate, in addition to the rates for Plaintiffs JA Solar Vietnam Company Limited, *et. al.*, and Consolidated Plaintiffs Jinko Solar (Vietnam) Industries Co. Ltd., *et. al.*

**SO ORDERED.**

_____
Jennifer Choe-Groves, Judge

Dated: _____, 2026
        New York, New York